The People of the State of New York, Respondent, v. Hyman Colodny, Appellant.— Motion granted. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

The People of the State of New York v. Max Gardner.— Motion granted. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

Patrick Kelly v. Joseph F. Mulqueen.— Motion granted, with ten dollars costs. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

Jesse Townsend v. Robert Meserole.— Motion granted, with ten dollars costs. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

Henry Doscher v. Edwin S. Phelps.— Motion denied on conditions stated in order. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

Luke V. Lockwood v. United States Steel Corporation.— Motion granted; question certified. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

Elmira Brokaw v. Louis Sherry.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

Jacob Wolfin v. Security Bank of New York.— Motion granted. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

International Trust Company v. William Gow and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

Alfred Geering v. Metropolitan Bank.— Motion granted; question certified. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

Crystallglass and Syphon Bottle Manufacturing Company, etc., v. Faerber Silberman & Company.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

In the Matter of Bouker Contracting Company v. W. H. Callahan Contracting Company.— Motion granted; question certified. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

Henry W. Jessup v. George W. Smith and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

Mary Ost v. Henry Mindlin and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

William Holman v. Walter R. Patten.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

In the Matter of Edward P. Hatch, Deceased.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

Laurien C. Robertson v. Edward F. Robertson.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

Caroline Stern v. Mutual Life Insurance Company and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.